# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL JOSEPH FRERICKS, II | § § | |
| v. | § § | CIVIL ACTION NO. 3:25-CV-2148-S-BN |
| ROCKWALL COUNTY, et. al. | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF Nos. 20, 26 (collectively, "Findings, Conclusions, and Recommendation of the United States Magistrate Judge"). Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED October 8, 2025.

_____
UNITED STATES DISTRICT JUDGE